**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

SeanPaul Reyes
                    Plaintiff,

v.
                                       Case No.: 1:25–cv–05873
                                       Honorable John Robert Blakey

Michael Bassi, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 2, 2026:

      MINUTE entry before the Honorable John Robert Blakey: For the reasons explained in the accompanying Memorandum Opinion and Order, the Court finds that Plaintiff has failed to state a claim for any constitutional violation and that, in any event, Defendants remain immune from suit. The Court thus grants Defendants' motion to dismiss [22] and dismisses Plaintiff's complaint. Additionally, because further amendment would be futile, the Court dismisses this case with prejudice. See Bower v. Jones, 978 F.2d 1004, 1008 (7th Cir. 1992) ("Although Rule 15 states that leave to amend shall be "freely given," it may be denied where there is undue delay, bad faith, dilatory motive, a repeated failure to cure deficiencies, undue prejudice to the opponent, or where the amendment would be futile"; "an amendment may be futile when it fails to state a valid theory of liability, or could not withstand a motion to dismiss."). Civil case terminated. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.